986 F.2d 1409
 Hogan (Michael J., Mary Lee)
v.
Celotex Corporation, successor in interest to Philip Carey
Manufacturing Co., Briggs Manufacturing Co., and/or Panacon
Corp., Keene Building Products Corp., Eagle Picher
Industries, Inc., Owens-Illinois Inc., GAF Corp.,
Owens-Corning Fiberglas Corp., Empire-Ace Insulation Mfg.
Corp. v. Manville Corporation Asbestos Disease Compensation Fund
 NO. 92-7191
 United States Court of Appeals,
Third Circuit.
 Jan 20, 1993
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED.